**Electronically Filed**
**Supreme Court**
**SCWC-19-0000711**
**29-DEC-2021**
**12:02 PM**
**Dkt. 62 ODMR**

SCWC-19-0000711

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

IN THE INTEREST OF AA

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000711; FC-S NO. 16-00249)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of Petitioner-Appellant Natural-Father's Motion for Reconsideration of the Published Opinion of the Court Filed December 15, 2021, and the record herein,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawai'i, December 29, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

